



FILED
5/26/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXM
BC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

**SYMMETRIX STUDIOS LLC,**

**Plaintiff,**

v.

**THE PARTNERSHIPS AND UNINCORPORATED**

**ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**

**Defendants.**

**Case No. 1:26-cv-05336**

**Judge Mary M. Rowland**

## MOTION FOR LEAVE TO APPEAR REMOTELY BY VIDEOCONFERENCE

I, Avidor Aronsfeld, appearing pro se, respectfully move this Court for leave to appear remotely by videoconference at any and all hearings in this matter.

In support thereof, I state as follows:

1. I am the sole owner and individual operator of Store-With-Style (username: yizdan_0), COOL-GIFT-FOR-ALL (username: choose_and_take), LetJohnBegin (username: johngifts_love), giftsbyjames_0 (username: giftsby_james_0), and giftby_rebecca (username: giftby_rebecca), identified on Schedule A I am not a corporation, LLC, or other registered business entity; I am an individual sole proprietor.

2. I reside in Israel and am not located within the Northern District of Illinois. Travel from Israel to Chicago for an in-person hearing would impose substantial financial and logistical hardship, requiring international travel of approximately twelve hours each way and significant associated costs.

3. I am appearing pro se and do not have legal representation in the United States. I am managing these proceedings from abroad.

4. Remote appearance by Zoom or a comparable videoconference platform will allow me to participate fully and meaningfully in any hearing without disrupting the orderly conduct of proceedings before this Court.

5. Granting this motion will not prejudice Plaintiff or cause any delay to the resolution of this matter.

WHEREFORE, I respectfully request that this Court grant leave to appear remotely by videoconference at any hearing in this matter, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

_____

Avidor Aronsfeld

Pro Se Defendant

davideman442@gmail.com

Dated: May 26, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I served a true and correct copy of the foregoing on counsel for Plaintiff via email at settlement@aliothlaw.com.

_____

Avidor Aronsfeld