

BC

FILED
5/26/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**SYMMETRIX STUDIOS LLC,**

**Plaintiff,**

**v.**

**THE PARTNERSHIPS AND UNINCORPORATED**

**ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**

**Defendants.**

**Case No. 1:26-cv-05336**

**Judge Mary M. Rowland**

**DECLARATION OF AVIDOR ARONSFELD IN SUPPORT OF**

**MOTION TO MODIFY THE TEMPORARY RESTRAINING ORDER AND ASSET RESTRAINT**

I, Avidor Aronsfeld, declare as follows:

1. I am the sole owner and individual operator of the following eBay stores, each of which is a subject of this action: Store-With-Style (username: yizdan_0), COOL-GIFT-FOR-ALL (username: choose_and_take), LetJohnBegin (username: johngifts_love), giftsbyjames_0 (username: giftsby_james_0), and giftby_rebecca (username: giftby_rebecca). I am not a corporation, LLC, or other registered business entity; I am an individual sole proprietor and I operate each of these stores personally.

2. I am over the age of 18 and am fully competent to make this Declaration. I have personal knowledge of all facts stated herein.

3. I reside in Israel. I do not reside in Illinois and have never resided in Illinois. I do not maintain any office, agent, employee, warehouse, or inventory in the State of Illinois.

4. Each of my stores operates on the eBay e-commerce platform, which is globally accessible. I have never advertised or marketed specifically to consumers in Illinois. My stores do not target the Illinois market in any way distinct from any other location.

5. My business operates under a dropshipping model. I maintain a large catalog of product listings across my stores and source individual items from authorized retailers only after a customer order is placed. I do not hold or control inventory prior to sale.

6. I have reviewed my sales records for all five stores for the period relevant to this action. The only sale of a product related to the accused listing that I can identify in any of my stores was a single purchase in or around August 2025 from each store, delivered to an address at 680 N. Lake Shore Drive, Ste. 110-2174, Chicago, Illinois 60611-4447, by a buyer identified as "J. D." That address and buyer appear to be associated with Plaintiff's investigator or counsel, not with a genuine Illinois consumer. I have no record of any sale of the accused product to an independent Illinois consumer from any of my stores.

7. The accused listing, to the extent it existed in any of my stores, represented a de minimis fraction of my overall business operations. My combined catalog spans hundreds of products across the five stores.

8. All five of my eBay accounts have been restricted since May 22, 2026 as a result of the asset restraint entered in this matter.

9. The amounts currently frozen on the eBay platform across my stores Each frozen balance includes funds derived from sales of products entirely unrelated to the accused listing.

10. The combined ongoing restraint has caused me approximately $[50-100] per day in lost net revenue across all five stores. As of the date of this Declaration, the total estimated loss is approximately $[400].

11. I am willing to remove the accused listing from each of my stores, to the extent any such listing remains active, and to comply with any reasonable order of this Court while this matter is pending.

12. I did not knowingly or intentionally infringe any copyright. I listed items in good faith based on information available at the time of listing. I had no knowledge of any copyright claim related to this product at the time of listing.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 26, 2026, in Israel.

_____

Avidor Aronsfeld