AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| SYMMETRIX STUDIOS LLC<br>*Plaintiff(s)*<br>v.<br>THE DEFENDANTS IDENTIFIED ON SCHEDULE A<br>*Defendant(s)* | Civil Action No. 26-cv-5336 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* All Defendants identified in the Complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yifeng Hao
2108 N ST STE #8330
Sacramento, CA 95816
settlement@aliothlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: May 27, 2026

(By) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-5336

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* All Defendants identified in the Complaint

was received by me on *(date)* 05/27/2026 .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

✔ Other *(specify)*: I served the summons eletronically under the court's permit.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/27/2026

/Yifeng Hao/
*Server's signature*

Yifeng Hao, Attorney of Plaintiff
*Printed name and title*

2108 N ST STE #8330
Sacramento, CA 95816
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset