**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYMMETRIX STUDIOS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE DEFENDANTS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 26-cv-5336 |

**DECLARATION OF SERVICE**

I, Yifeng Hao, declare as follows:

1. I am the attorney for Plaintiff SYMMETRIX STUDIOS LLC ("Plaintiff"). Except otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if I called as a witness, I could and would competently testify as follows:
2. This Court has entered an Order authorizing Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically sending the Order, the Complaint and other relevant documents on to an email address for each Defendant.
3. I hereby certify that on May 27, 2026, I, or someone working under my direction, electronically sent an email to all the email addresses for Defendants left in the case with the documents above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 27, 2026.

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
Phone: 909-284-1929
2108 N ST STE 8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*