**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SYMMETRIX STUDIOS LLC,

        Plaintiff,

v.

THE DEFENDANTS IDENTIFIED ON
SCHEDULE A,

        Defendants.

Case No. 26-cv-5336

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby

voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Platform | Defendant Store Name |
|--------|----------|----------------------|
| 146 | ebay | around_photo_sound |
| 149 | ebay | businesssstore |
| 150 | ebay | buss3116 |
| 153 | ebay | crazyfa-90 |
| 159 | ebay | global rozo mall |
| 161 | ebay | haimhamama700 |
| 168 | ebay | ofkan-31 |
| 173 | ebay | unogoo_trade05 |
| 174 | ebay | usa-best-deal |

Dated: June 3, 2026

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
2108 N ST STE #8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*