# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SYMMETRIX STUDIOS LLC,

        Plaintiff,

v.

THE DEFENDANTS IDENTIFIED ON
SCHEDULE A,

        Defendants.

Case No. 26-cv-5336

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Platform | Defendant Store Name |
| --- | --- | --- |
| 19 | Amazon | Maoyi Boze |
| 22 | Amazon | Miss Arts-US |
| 24 | Amazon | Pretaco-Store |
| 38 | Amazon | Spobit |
| 39 | Amazon | Storehouse shop |
| 44 | Amazon | VirgoCCY |
| 50 | Amazon | Zkacase |
| 144 | ebay | ACTUS CORP |
| 155 | ebay | fatbar_42 |

Dated: June 12, 2026

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
2108 N ST STE #8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*