**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SYMMETRIX STUDIOS LLC, | Case No. 26-cv-5336

      Plaintiff,

v.

THE DEFENDANTS IDENTIFIED ON
SCHEDULE A,

      Defendants.

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Platform | Defendant Store Name | Store ID |
|--------|----------|----------------------|----------|
| 4 | Amazon | EYZUTAK | A2V9X7LIIZ01UC |
| 63 | temu | Ceezee | 634418223754167 |
| 88 | temu | kakueasy | 634418219819027 |
| 89 | temu | kakueasys | 634418219997929 |
| 92 | temu | laiben | 634418219901810 |
| 121 | temu | TWXX | 634418222189934 |
| 122 | temu | VividVellum Local | 634418224607636 |
| 135 | Walmart | Bestroad Network Store | 10002504564 |
| 136 | Walmart | DSR store | 10002735115 |
| 137 | Walmart | HC Network Store | 10001683853 |
| 138 | Walmart | JSLY Network | 10001697149 |
| 160 | ebay | 2020_shop | golden_rise |

Dated: June 15, 2026

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
2108 N ST STE #8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*