**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SYMMETRIX STUDIOS LLC, | Case No. 26-cv-5336 |
| Plaintiff, | |
| v. | |
| THE DEFENDANTS IDENTIFIED ON SCHEDULE A, | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby

voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Platform | Defendant Store Name | Store ID |
|---|---|---|---|
| 6 | Amazon | Fxlzcw | A37VUHYP4ET9S7 |
| 9 | Amazon | HENG YI KE JI | A2KGJFR6GEXM7I |
| 13 | Amazon | Ikary | A3J1SYVTT663OP |
| 14 | Amazon | JANRUNG | AHHY6223SPJO9 |
| 17 | Amazon | LI BIAO DIAN ZI | A2GCO0ZUS42IM7 |
| 31 | Amazon | SereneSole | A2WFN9J3GZNUQQ |
| 32 | Amazon | Shecaset Direct | A3EP6CK0E8GZJN |
| 42 | Amazon | TIANLI LTD. | A2UF9YNMTJIH02 |
| 100 | temu | MomentCase | 634418222390299 |

Dated: June 16, 2026

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
2108 N ST STE #8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*