**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYMMETRIX STUDIOS LLC,<br><br>     Plaintiff,<br><br>v.<br><br>THE DEFENDANTS IDENTIFIED ON<br>SCHEDULE A,<br><br>     Defendants. | Case No. 26-cv-5336 |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Platform | Defendant Store Name | Store ID |
|---|---|---|---|
| 56 | temu | Breeze Case | 634418224098069 |
| 81 | temu | HUNGSUCHEN | 634418223025928 |
| 88 | temu | kakueasy | 634418219819027 |
| 89 | temu | kakueasys | 634418219997929 |
| 92 | temu | laiben | 634418219901810 |
| 110 | temu | Pure Vue | 634418225460848 |
| 112 | temu | QYICASES | 634418222393800 |
| 121 | temu | TWXX | 634418222189934 |
| 122 | temu | VividVellum Local | 634418224607636 |
| 172 | ebay | shenzhenbolianruidia-0 | UKnew2C |
| 175 | ebay | wholesale_guard | wholesaleguard |

Dated: June 17, 2026

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
2108 N ST STE #8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*