**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SYMMETRIX STUDIOS LLC, | Case No. 26-cv-5336 |
| Plaintiff, | |
| v. | |
| THE DEFENDANTS IDENTIFIED ON SCHEDULE A, | |
| Defendants. | |

**STATUS REPORT**

Plaintiff SYMMETRIX STUDIOS LLC ("Plaintiff") hereby submits this Status Report pursuant to the Court's instruction.

Up to date, no defendant has filed response to Plaintiff's motion for preliminary injunction. Plaintiff has been negotiated with many of the defendants and settled with some as reflected in the notices of voluntary dismissal filed.

Plaintiff will accordingly amend the list of defendants included in the proposed preliminary injunction soon.

Dated June 17, 2026.

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
2108 N ST STE #8330
Sacramento, CA 95816
Phobe: 909-284-1949
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*
