# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SYMMETRIX STUDIOS LLC,

      Plaintiff,

v.

THE DEFENDANTS IDENTIFIED ON
SCHEDULE A,

      Defendants.

Case No. 26-cv-5336

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Platform | Defendant Store Name | Store ID |
|---|---|---|---|
| 130 | temu | yanghangL | 634418225427074 |
| 134 | temu | tongjianlian | 634418224320428 |
| 12 | Amazon | IDweel | A1673T278PWJJB |
| 78 | temu | Home Furnishing hot | 634418216826082 |
| 74 | temu | GOOD fashion shop ONE | 634418223189832 |
| 99 | temu | mode one | 634418223185569 |
| 26 | Amazon | Q-Happy | A2WEAZ3395Q7B8 |
| 119 | temu | THddg | 634418228238839 |
| 72 | temu | GoGoGoLe | 634418226980359 |
| 61 | temu | CASETIFFY | 634418225519876 |
| 1 | Amazon | BetterCase | ABIQMGE8OOG60 |
| 25 | Amazon | PUART | A1EJ2ZOBY5RW8O |
| 27 | Amazon | QHSIA | A2CLIO5HJ5UI51 |
| 136 | Walmart | DSR store | 10002735115 |

Dated: June 23, 2026

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63832
2108 N ST STE #8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*